Linda Wilke
624 Delaware Road
Burbank, CA 91504
818-439-0780

Plaintiff In Pro Se

FILED
CLERK, U.S. DISTRICT COURT
JUN - 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LINDA WILKE,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., WACHOVIA MORTGAGE, FSB, WORLD SAVINGS BANK, FSB, REGIONAL SERVICE CORPORATION, AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendants | Case No. 2:12-cv-04412-GAF-AJW<br>Hon. Gary A. Feess<br><br>ORDER ON<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Date: June 6th, 2012

_____
Linda Wilke

RECEIVED BUT NOT FILED
JUN - 7 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IT IS SO ORDERED.
DATED: 6/8/12
_____
UNITED STATES DISTRICT JUDGE

Page 1

NOTICE OF VOLUNTARY DISMISSAL